August Lipman et al., Appellants, v. South Side Elevated Railroad Company, Appellee.

Gen. No. 22,433.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. FREDERICK A. SMITH, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Affirmed. Opinion filed October 10, 1917. Rehearing denied October 23, 1917.

### Statement of the Case.

Bill by August Lipman and others, complainants, against the South Side Elevated Railroad Company, a corporation, defendant, for an accounting by defendant as to a franchise to construct and operate an elevated railroad granted by ordinance in 1888 to the Chicago & South Side Rapid Transit Railroad Company, in which complainants were stockholders, and which was sold under a mortgage foreclosure and acquired by defendant. From a decree dismissing the bill, complainants appeal.

The facts and questions presented are the same as in the cases of *Chicago & S. S. Rapid Transit R. Co. v. Northern Trust Co.*, 90 Ill. App. 460, and *Wells v. Northern Trust Co.*, 195 Ill. 288, and the decision in this case is governed by the decisions in such cases.

COONEY & VERHOEVEN, for appellants.

ISHAM, LINCOLN & BEALE, for appellee.

MR. JUSTICE O'CONNOR delivered the opinion of the court.